IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Jennifer Sterbenz** | ) | No. 14 B 27626 |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:   See Attached

I, JOSEPH E. COHEN, Trustee herein state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on July 11, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                                BY:/s/ Joseph E. Cohen
                                                                           One of His Attorney

Quantum3 Group LLC as agents for
MOMA Funding, LLC
P.O. Box 788
Kirkland, WA   98083-0788

Laura Dolores Frye
lauradfrye@att.net

Jennifer Sterbenz
727 Colby Court
Gurnee, IL   60031

Office of the US Trustee
USTPRegion11.ES.ECF@usgoj.gov

PNC Bank
c/o Heather Giannino
brankruptcy@hsbattys.com