UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
§
STERBENZ, JENNIFER L § Case No. 14-27626
§
Debtor §
§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 68,650.00 *(Without deducting any secured claims)* | Assets Exempt: 135,475.00 |
| Total Distributions to Claimants:  12,242.41 | Claims Discharged Without Payment:  123,499.54 |
| Total Expenses of Administration: 29,457.59 | |

3) Total gross receipts of $ 60,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 18,300.00  (see **Exhibit 2**), yielded net receipts of $ 41,700.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 255,598.00 | $ 10,623.03 | $ 10,623.03 | $ 10,623.03 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 29,457.59 | 29,457.59 | 29,457.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 124,926.00 | 7,226.92 | 7,226.92 | 1,619.38 |
| **TOTAL DISBURSEMENTS** | $ 380,524.00 | $ 47,307.54 | $ 47,307.54 | $ 41,700.00 |

4) This case was originally filed under chapter 7 on 07/29/2014 . The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/18/2016          By:/s/JOSEPH E. COHEN
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Contingent Claims | 1142-000 | 60,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 60,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jennifer Sterbenz | Exemptions | 8100-000 | 18,300.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 18,300.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Daniels, Long & Pinsel, LLC The Daniels Law Building 19 N. County Street Waukegan, IL 60085 | | 17,000.00 | NA | NA | 0.00 |
| | Heavner Scott Beyers & Milhar LLC PO Box 740 Decatur, IL 62525 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Laborers Union Local #118 2430 E Rand Rd Arlington Heights, IL 60004 | | 15,935.00 | NA | NA | 0.00 |
| | Lakewood Hills HOA c/o Foster Premier Inc 750 Lake Cook Rd #190 Buffalo Grove, IL 60089 | | 275.00 | NA | NA | 0.00 |
| | NCB Management Services Inc PO Box 1099 Langhorne, PA 19047 | | 0.00 | NA | NA | 0.00 |
| | Pnc Bank Po Box 3180 Pittsburgh, PA 15230 | | 72,237.00 | NA | NA | 0.00 |
| | Pnc Mortgage 3232 Newark Dr Miamisburg, OH 45342 | | 150,151.00 | NA | NA | 0.00 |
| | LABORERS' PENSION & WELFARE FUND | 4220-000 | NA | 10,623.03 | 10,623.03 | 10,623.03 |
| **TOTAL SECURED CLAIMS** | | | **$ 255,598.00** | **$ 10,623.03** | **$ 10,623.03** | **$ 10,623.03** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 4,920.00 | 4,920.00 | 4,920.00 |
| COHEN, JOSEPH E. | 2200-000 | NA | 152.36 | 152.36 | 152.36 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | 2600-000 | NA | 227.04 | 227.04 | 227.04 |
| COHEN & KROL, ATTORNEYS | 3110-000 | NA | 2,721.00 | 2,721.00 | 2,721.00 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 1,360.50 | 1,360.50 | 1,360.50 |
| COHEN & KROL, ATTORNEYS | 3120-000 | NA | 14.13 | 14.13 | 14.13 |
| ROBERT J. LONG | 3210-000 | NA | 20,000.00 | 20,000.00 | 20,000.00 |
| ROBERT J. LONG | 3220-000 | NA | 62.56 | 62.56 | 62.56 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 29,457.59 | $ 29,457.59 | $ 29,457.59 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 21st Century Insurance PO Box 7247-0302 Philadelphia, PA 19170 | | 442.00 | NA | NA | 0.00 |
| | Advocate Condell Medical Center 97169 Eagle Way Chicago, IL 60678-9710 | | 2,820.00 | NA | NA | 0.00 |
| | Advocate Condell Medical Center 97169 Eagle Way Chicago, IL 60678-9710 | | 738.00 | NA | NA | 0.00 |
| | Advocate Condell Medical Center PO BOX 6572 Carol Stream, IL 60197 | | 46,096.00 | NA | NA | 0.00 |
| | Advocate Condell Medical Center PO BOX 6572 Carol Stream, IL 60197 | | 16.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Condell Medical Center PO BOX 6572 Carol Stream, IL 60197 | | 780.00 | NA | NA | 0.00 |
| | Advocate Condell Medical Center PO BOX 6572 Carol Stream, IL 60197 | | 614.00 | NA | NA | 0.00 |
| | Advocate Condell Medical Center PO BOX 6572 Carol Stream, IL 60197 | | 843.00 | NA | NA | 0.00 |
| | Advocate Condell Medical Center PO BOX 6572 Carol Stream, IL 60197 | | 202.00 | NA | NA | 0.00 |
| | Advocate Condell Medical Center PO BOX 6572 Carol Stream, IL 60197 | | 629.00 | NA | NA | 0.00 |
| | Advocate Condell Medical Center PO BOX 6572 Carol Stream, IL 60197 | | 52.00 | NA | NA | 0.00 |
| | Advocate Condell Medical Center PO BOX 6572 Carol Stream, IL 60197 | | 843.00 | NA | NA | 0.00 |
| | Advocate Health Care PO Box 6572 Carol Stream, IL 60197 | | 5,368.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Interstate P.O. Box 361774 Columbus, OH 43236 | | 0.00 | NA | NA | 0.00 |
| | Asset Acceptance LLC PO Box 2036 Warren, MI 48090 | | 4,135.00 | NA | NA | 0.00 |
| | Asset Recovery Solutions LLC 2200 E Devon Ave Ste 200 Des Plaines, IL 60018 | | 0.00 | NA | NA | 0.00 |
| | Aurora Health Care PO Box 091700 Milwaukee, WI 53209 | | 533.00 | NA | NA | 0.00 |
| | Aurora Lakeland Medical Center PO Box 341700 Milwaukee, WI 53234 | | 583.00 | NA | NA | 0.00 |
| | CBCS PO Box 165025 Columbus, OH 43216 | | 0.00 | NA | NA | 0.00 |
| | ChaseHealthAdvance Az1-5734 Po Box 71 Phoenix, AZ 85001 | | 5,396.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 10,260.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comenity Bank/TSA Attention: Bankruptcy P.O. Box 182686 Columbus, OH 43218 | | 1,135.00 | NA | NA | 0.00 |
| | Commonwealth Financial 245 Main St Dickson City, PA 18519 | | 780.00 | NA | NA | 0.00 |
| | Delavan Rescue Squad Inc c/o Lifequest Billing N2930 State Rd 22 Wautoma, WI 54982 | | 671.00 | NA | NA | 0.00 |
| | Dependon Collection Service, Inc PO Box 4983 Oak Brook, IL 60522 | | 0.00 | NA | NA | 0.00 |
| | Emergency Surgical Services of Lake 1870 W Winchester Rd Ste 112 Libertyville, IL 60048 | | 1,122.00 | NA | NA | 0.00 |
| | Estate Information Services LLC PO Box 1730 Reynoldsburg, OH 43068 | | 0.00 | NA | NA | 0.00 |
| | Falls Collection Svc Po Box 668 Germantown, WI 53022 | | 1,223.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Focus Receivables Management 1130 Northchase Pkwy Ste 150 Marietta, GA 30067 | | 0.00 | NA | NA | 0.00 |
| | HSBC Bank P.O. Box 5226 Carol Stream, IL 60197 | | 3,502.00 | NA | NA | 0.00 |
| | IL Bone and Joint Institute 5057 Paysphere Circle Chicago, IL 60674 | | 141.00 | NA | NA | 0.00 |
| | Infinity Healthcare Physicians P.O. Box 3261 Milwaukee, WI 53201-3261 | | 810.00 | NA | NA | 0.00 |
| | Infinity Healthcare Physicians P.O. Box 3261 Milwaukee, WI 53201-3261 | | 9.00 | NA | NA | 0.00 |
| | JC Penney P.O. Box 960090 Orlando, FL 32896-0090 | | 3,831.00 | NA | NA | 0.00 |
| | Lake County Acute Care LLP 75 Remittance Dr Ste 1151 Chicago, IL 60675 | | 386.00 | NA | NA | 0.00 |
| | Lake County Acute Care LLP 75 Remittance Dr Ste 1151 Chicago, IL 60675 | | 10.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lake County Radiology Assoc 36104 Treasury Ctr Chicago, IL 60694-6100 | | 63.00 | NA | NA | 0.00 |
| | Lake County Radiology Assoc 36104 Treasury Ctr Chicago, IL 60694-6100 | | 573.00 | NA | NA | 0.00 |
| | Lake County Radiology Assoc 36104 Treasury Ctr Chicago, IL 60694-6100 | | 35.00 | NA | NA | 0.00 |
| | Lake County Radiology Assoc 36104 Treasury Ctr Chicago, IL 60694-6100 | | 184.00 | NA | NA | 0.00 |
| | Law Offices of Bass & Associates 3936 E Fort Lowell Rd Ste 200 Tucson, AZ 85712 | | 0.00 | NA | NA | 0.00 |
| | Law Offices of Palmer Reifler & Ass 1900 Summit Tower Blvd Suite 820 Orlando, FL 32810 | | 615.00 | NA | NA | 0.00 |
| | Leading Edge Recovery Solutions 5440 N Cumberland Ave Ste 300 Chicago, IL 60656 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lifequest 2930 State Road 22 Wautoma, WI 54982 | | 1,468.00 | NA | NA | 0.00 |
| | Malcolm S. Gerald and Assoc. Inc 332 South Michigan Avenue, Ste 600 Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | Medical Recovery Specialists 2250 E. Devon Ave., Ste 352 Des Plaines, IL 60018 | | 1,147.00 | NA | NA | 0.00 |
| | Medical Recovery Specialists Inc 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | 0.00 | NA | NA | 0.00 |
| | Medical Recovery Specialists Inc 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | 0.00 | NA | NA | 0.00 |
| | Medical Recovery Specialists Inc 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | 0.00 | NA | NA | 0.00 |
| | Midland Credit Management 8875 Aero Dr., Ste. 200 San Diego, CA 92123 | | 0.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 4,134.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Diagnostic Pathology 75 Remittance Drive Ste 3070 Chicago, IL 60675 | | 131.00 | NA | NA | 0.00 |
| | Midwest Diagnostic Pathology SC 75 Remittance Dr Ste 3070 Chicago, IL 60675 | | 1,147.00 | NA | NA | 0.00 |
| | Midwest Diagnostic Pathology SC 75 Remittance Dr Ste 3070 Chicago, IL 60675 | | 528.00 | NA | NA | 0.00 |
| | Midwest Emer Assoc Lakeland SC Dept 20-6005 PO Box 5990 Carol Stream, IL 60197 | | 305.00 | NA | NA | 0.00 |
| | Murphy Ambulance PO Box 6990 Libertyville, IL 60048 | | 1,301.00 | NA | NA | 0.00 |
| | NCC/Commonwealth PO Box 1321 Fort Mill, SC 29716 | | 0.00 | NA | NA | 0.00 |
| | National Bond Collection PO Box 1381 Wilkes Barre, PA 18703 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwestern Lake Forest Hospital 75 Remittance Dr Ste 6802 Chicago, IL 60675 | | 4,102.00 | NA | NA | 0.00 |
| | Northwestern Lake Forest Hospital 75 Remittance Dr Ste 6802 Chicago, IL 60675 | | 550.00 | NA | NA | 0.00 |
| | Northwestern Lake Forest Hospital 75 Remittance Dr Ste 6802 Chicago, IL 60675 | | 330.00 | NA | NA | 0.00 |
| | Novak & DeLeon LLC 132 N West St Waukegan, IL 60085 | | 500.00 | NA | NA | 0.00 |
| | Pediatrust LLC Attn: Susan Rosecranz/Kathy McTigue 2115 N Sanders Rd Ste 105 Northbrook, IL 60062 | | 4,648.00 | NA | NA | 0.00 |
| | Suburban Surgical Specialists SC 3954 N Avondale Chicago, IL 60641 | | 450.00 | NA | NA | 0.00 |
| | The Childrens Health Center SC 15 Tower Ct Ste 100 Gurnee, IL 60031 | | 25.00 | NA | NA | 0.00 |
| | Urology Associates Ltd 1 Greenleaf, Suite E Gurnee, IL 60031 | | 570.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Uropartners LLC 3183 Paysphere Circle Chicago, IL 60674 | | 142.00 | NA | NA | 0.00 |
| | Walworth County DHHS W4051 County Rd NN PO Box 1005 Elkhorn, WI 53121 | | 719.00 | NA | NA | 0.00 |
| | Womens Specialty Care SC 900 Wesstmoreland Rd Ste 223 Lake Forest, IL 60045 | | 255.00 | NA | NA | 0.00 |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 944.00 | 1,135.98 | 1,135.98 | 254.55 |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,928.00 | 1,928.72 | 1,928.72 | 432.18 |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 4,162.00 | 4,162.22 | 4,162.22 | 932.65 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 124,926.00 | $ 7,226.92 | $ 7,226.92 | $ 1,619.38 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-27626 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | STERBENZ, JENNIFER L | | | Date Filed (f) or Converted (c): | 07/29/14 (f) |
| | | | | 341(a) Meeting Date: | 08/21/14 |
| For Period Ending: | 10/18/16 | | | Claims Bar Date: | 03/31/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 1337 E Fox Chase Dr, Round Lake IL 60073 | 183,000.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 500.00 | 0.00 | | 0.00 | FA |
| Checking Account at Great Lakes Credit Union | | | | | |
| 3. Household Goods | 750.00 | 0.00 | | 0.00 | FA |
| Furnishings and Appliances | | | | | |
| 4. Books / Collectibles | 100.00 | 0.00 | | 0.00 | FA |
| DVDs, CDs, Books, Personal Pictures | | | | | |
| 5. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| Clothes and Shoes | | | | | |
| 6. Furs and Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| Wedding Band | | | | | |
| 7. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Term Life Insurance Policy through Work - $100,000 face value | | | | | |
| 8. Pension / Profit Sharing | 1,275.00 | 0.00 | | 0.00 | FA |
| 401K Plan with employer | | | | | |
| 9. Contingent Claims | 56,000.00 | 0.00 | | 60,000.00 | FA |
| Personal Injury Case - Gross Offer $56,000 before Attorney's Fees & Medical Payments Atty: Daniels, Long & Pinsel, 19 N County St, Waukegan, IL 60085, (847) 623-5900 - Net to client expected to be $23,065. | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $241,825.00 | $0.00 | | $60,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

Ver: 19.06a

Case 14-27626   Doc 55   Filed 11/07/16   Entered 11/07/16 15:02:13   Desc Main
Document   Page 17 of 20

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-27626   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | STERBENZ, JENNIFER L | Date Filed (f) or Converted (c): | 07/29/14 (f) |
| | | 341(a) Meeting Date: | 08/21/14 |
| | | Claims Bar Date: | 03/31/15 |

SUBMITTED TFR TO US TEE June 23, 2016, 11:32 am

TRUSTEE HAS COMPROMISED ACTION AND WAITING FOR SETTLEMENT CHECK - 01/20/16. PARTIES HAVE AGREED TO A SETTLEMENT - Oct. 31, 2015. NEGOTIATIONS ARE CONTINUING - July 30, 2015. TRUSTEE NEGOTIATING TO SETTLE PI CASE - April 30, 2015. TRUSTEE FILING A MOTION TO EMPLOY SPECIAL COUNSEL - Jan. 18, 2015. TRUSTEE INVESTIGATING VALUE OF PENDING PERSONAL INJURY ACTION - September 26, 2014. INVESTIGATION CONTINUES - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 10/30/16     Current Projected Date of Final Report (TFR): 10/30/16

FORM 2     Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| | |
|---|---|
| Case No: 14-27626 -ABG | Trustee Name: JOSEPH E. COHEN |
| Case Name: STERBENZ, JENNIFER L | Bank Name: ASSOCIATED BANK |
| | Account Number / CD #: *******6371 Checking Account |
| Taxpayer ID No: *******3331 | |
| For Period Ending: 10/18/16 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/18/16 | 9 | GEICO GENERAL INSURANCE CO. | Settlement of Lawsuit | 1142-000 | 60,000.00 | | 60,000.00 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.90 | 59,951.10 |
| 02/24/16 | 300001 | Robert J. Long<br>Long & Pinsel, LLC<br>19 N. County Street<br>Waukegan, IL 60085 | Special Counsel for Trustee Fees | | | 20,062.56 | 39,888.54 |
| | | | Fees     20,000.00 | 3210-000 | | | |
| | | | Expenses     62.56 | 3220-000 | | | |
| 02/24/16 | 300002 | Jennifer Sterbenz<br>727 Colby Court<br>Gurnee, IL 60031 | Personal Injury Exemption Payment | 8100-000 | | 18,300.00 | 21,588.54 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 83.37 | 21,505.17 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.99 | 21,473.18 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.90 | 21,442.28 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.88 | 21,410.40 |
| 07/29/16 | 300003 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Trustee Compensation | | | 5,072.36 | 16,338.04 |
| | | | Fees     4,920.00 | 2100-000 | | | |
| | | | Expenses     152.36 | 2200-000 | | | |
| 07/29/16 | 300004 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | | | 2,735.13 | 13,602.91 |
| | | | Fees     2,721.00 | 3110-000 | | | |
| | | | Expenses     14.13 | 3120-000 | | | |
| 07/29/16 | 300005 | JOSEPH E. COHEN, Attorney<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,360.50 | 12,242.41 |

Page Subtotals     60,000.00     47,757.59

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

FORM 2                         Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**      Exhibit 9

| Case No: | 14-27626 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | STERBENZ, JENNIFER L | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6371 Checking Account |
| Taxpayer ID No: | *******3331 | | | |
| For Period Ending: | 10/18/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/16 | 300006 | Laborers' Pension & Welfare Fund<br>c/o Kate Vanek<br>Office of Fund Counsel<br>111 West Jackson Blvd, Ste 1415<br>Chicago, IL 60604 | Personal Prop & Intang - Non Consen | 4220-000 | | 10,623.03 | 1,619.38 |
| 07/29/16 | 300007 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000001, Payment 22.40796%<br>(1-1) Unsecured Debt | 7100-000 | | 254.55 | 1,364.83 |
| 07/29/16 | 300008 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000002, Payment 22.40761%<br>(2-1) Unsecured Debt | 7100-000 | | 432.18 | 932.65 |
| 07/29/16 | 300009 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000003, Payment 22.40751%<br>(3-1) Unsecured Debt | 7100-000 | | 932.65 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 60,000.00 | 60,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 60,000.00 | 60,000.00 | |
| Less: Payments to Debtors | | 18,300.00 | |
| Net | 60,000.00 | 41,700.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******6371 | 60,000.00 | 41,700.00 | 0.00 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 60,000.00 | 41,700.00 | 0.00 |
|  | ============ | ============ | ============ |
|  | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals      0.00      12,242.41

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-27626 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | STERBENZ, JENNIFER L | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6371  Checking Account |
| Taxpayer ID No: | *******3331 | | | |
| For Period Ending: | 10/18/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********6371 | | Transfers) | To Debtors) | On Hand |

Page Subtotals        0.00        0.00

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*